| Trustee Name, Address, Phone, Fax, Email: | For court use only |
|---|---|
| Howard M. S. Hu<br>Chapter 13 Trustee<br>1132 Bishop Street, 301<br>Honolulu, HI 96813<br>Telephone: (808) 526-3083<br>Fax: (808) 531-8844<br>Email: CHAPT13HI@AOL.COM | BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br><br>2010 JUN 22 PM 3:23 |
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: **06-00681** |
| In re:<br>**DARLENE YOLANDA TANTOG**<br><br>Debtor(s). | Chapter: 13 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011: | $ 1.35 |
|---|---|
| This payment represents funds remaining unpaid on the claims(s) listed below. | |

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **999** | DARLENE YOLANDA TANTOG<br>P.O. BOX 1084<br>HALEIWA, HI 96712<br><br>(DEBTOR REFUND) | $ 1.35 | $ 1.35 |
| | | $ | $ |
| | | $ | $ |

*[Attach continuation sheets if necessary.]*

Date: June 22, 2010

/s/ _____
Trustee

hib_3011    5/05